No. 6020.  HAWKINS ET AL. *v.* SMITH ET AL.  Sup. Ct. S. C.  Certiorari denied.

No. 6017.  WARREN *v.* COX, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 6022.  WALKER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 6023.  WASHINGTON *v.* SUPERIOR COURT FOR LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 760.  MOORING ET AL. *v.* LOUISIANA STATE BOARD OF MEDICAL EXAMINERS.  Sup. Ct. La.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 633.  RAY, TRADING AS CANDIS O. RAY AGENCY *v.* KANSAS CITY STOCKYARDS COMPANY OF MAINE, TRADING AS GOLDEN OX RESTAURANT, ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 695.  COUNTY OF SANTA BARBARA ET AL. *v.* MALLEY ET AL.  C. A. 9th Cir.  Motion to defer consideration denied.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion and petition.

No. 756.  NEWS SYNDICATE CO., INC. *v.* SHILES.  Ct. App. N. Y.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 801.  SIMMONS ET AL. *v.* WOLFSON ET AL.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.